IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| David Allen Brown, Jr., | ) | C/A No.: 1:21-3134-DCN-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Officer C. Ravenell; Assistant | ) | ORDER |
| Warden Timothy Clark; Assistant | ) | |
| Warden Ann Shepard; T. Ravenell; | ) | |
| Captain Jordan Williams; Warden | ) | |
| Brian Kendall; Marcus Green; | ) | |
| Samir Brown; Desaun Draft, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging defendants violated his constitutional rights. On November 2, 2021, defendants Officer C. Ravenell, Assistant Warden Timothy Clark, Assistant Warden Ann Shepard, T. Ravenell, Captain Jordan Williams, Warden Brian Kendall, and Marcus Green (collectively "Moving Defendants") filed a motion to dismiss, or in the alternative, for summary judgment. [ECF No. 23]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motion and of the need for him to file an adequate response by . [ECF No. 24]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to Moving Defendants' motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon his claims against Moving Defendants. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to the motion by April 12, 2022. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 29, 2022                                      Shiva V. Hodges
Columbia, South Carolina                     United States Magistrate Judge